

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-11-00320-CV

**Olga de la Cerda-Cabrera, Independent Executrix of the Estate of Rosie A. Zuniga, Deceased**

v.

**Chase Manhattan Bank USA, N.A.; Hull & Associates, P.C. a/k/a James N. Hull & Associates, P.C.; James N. Hull; and Palisades Collection, LLC**

NO. 0965455 IN THE 61ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/24/2014 | E-PAID | APE |
| MT FEE | $15.00 | 03/27/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 03/27/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 09/11/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/11/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/26/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 08/28/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/28/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/27/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 07/27/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 06/29/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 06/29/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 05/31/2012 | E-PAID | ANT |
| E-TXGOV FEE | $10.00 | 01/05/2012 | E-PAID | APE |
| E-TXGOV FEE | $10.00 | 11/17/2011 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| SUPP CLK RECORD | $5.00 | 08/30/2011 | PAID | ANT |
| CLK RECORD | $224.00 | 06/29/2011 | PAID | ANT |
| SUPP CLK RECORD | $108.00 | 06/22/2011 | PAID | ANT |
| FILING | $175.00 | 05/09/2011 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $644.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**